IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 4:09cr10DCB-LRA-001 |
| | ) | |
| EVA N. REYNOLDS | ) | |

## ORDER MODIFYING CONDITIONS OF PROBATION

Eva N. Reynolds was sentenced by this Court on October 6, 2009, for Theft of Government Property or Funds, a violation of 18 U.S.C. § 641. The Court imposed a five year term of probation subject to the standard conditions of supervision. In addition to the special condition that Reynolds shall submit any requested business or personal financial information to the U.S. Probation Officer and is prohibited from incurring any new debts or opening any additional lines of credit without the prior approval of the U.S. Probation Officer, the Court imposed a restitution obligation of $26,120 payable at a rate of not less than $150 per month.

In light of the U.S. Probation Officer's report that Reynolds, a single mother of two children, is experiencing extreme financial hardship, the Court has agreed to modify it's previous Order and instead allow the defendant to pay at a rate of not less than $100 per month. All other conditions of supervision remain the same as previously imposed by this Court on October 6, 2009.

SO ORDERED, this the 25th day of October, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE