# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATEES OF AMERICA | PLAINITFF |
| VS. | COURT NO. 4:09CR10DCB-LRA-001 |
| EVA N. REYNOLDS | DEFENDANT |
| PINE BELT PROCESSING, INC. | GARNISHEE |

## ORDER OF CONTINUING GARNISHMENT

This cause is before the Court on a Motion for Order of Continuing Garnishment (Doc. #23) requesting the Garnishee, Pine Belt Processing, Inc., to pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's monthly non-exempt net disposable earnings until the balance of the judgment owed to the plaintiff in the amount of $21,620.00 is paid in full or until the Garnishee no longer has possession or control of wages belonging to the defendant. The Court has considered the Motion and finds that it is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and should be granted.

It is hereby ORDERED that the Garnishee, Pine Belt Processing, Inc., pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's non-exempt net disposable earnings until the judgment owed to the plaintiff is paid in full or until the Garnishee no longer has possession or control of wages belonging to the defendant or until further order of this Court.

**It is further ORDERED that all checks be made payable to the Clerk of Court and mailed to the United States District Court, at 501 E. Court Street, Suite 2.500, Jackson, MS 39201, unless otherwise notified.**

ORDERED this 16th day of   September   2015.

                                               s/David Bramlette
                                               HONORABLE DAVID BRAMLETTE, III
                                               United States District Judge